UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION. NO. 18-00306 |
| VERSUS | JUDGE S. MAURICE HICKS JR. |
| JOSE MELCHOR MARTINEZ | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, the guilty plea of the defendant, JOSE MELCHOR MARTINEZ, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS ORDERED** that JOSE MELCHOR MARTINEZ is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 7th day of February, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT